UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

             Plaintiff,

-against-

Brian McKeown

             Defendant.

Case No.: 11 MJ 2296 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

*[signature]*

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 22 day of February, 20 21
Poughkeepsie, New York